AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gan, Scott H. | 2. Court or Organization<br><br>United States Bankruptcy Court-Arizona | 3. Date of Report<br><br>09/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>James A. Walsh Courthouse<br>38 South Scott Avenue<br>Tucson, AZ 85701-1704 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust#1 |
| 2. | Trustee | Truste #2A |
| 3. | Trustee | Trust #2B |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Mesch, Clark & Rothschild, PC-Agreed upon payment for fees to be collected in the future-no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 26-29, 2016 | San Francisco | hosted table discussion and attended conference | 2 nights lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. -Dreyfus Cash Management Administrative Shares | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 3. | | | | | Sold (part) | 01/04/16 | J | | |
| 4. | | | | | Sold (part) | 01/13/16 | K | | |
| 5. | | | | | Sold (part) | 01/26/16 | K | | |
| 6. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 7. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 8. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 9. | | | | | Buy (add'l) | 02/17/16 | K | | |
| 10. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 11. | | | | | Buy (add'l) | 02/23/16 | J | | |
| 12. | | | | | Sold (part) | 01/05/16 | J | | |
| 13. | | | | | Sold (part) | 02/11/16 | J | | |
| 14. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 15. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 16. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 17. | | | | | Buy (add'l) | 03/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 19. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 20. | | | | | Buy (add'l) | 04/01/16 | K | | |
| 21. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 22. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 23. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 24. | | | | | Sold (part) | 04/01/16 | J | | |
| 25. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 26. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 27. | | | | | Buy (add'l) | 05/13/16 | K | | |
| 28. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 29. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 30. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 31. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 32. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 34. | | | | | Buy (add'l) | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/08/16 | K | | |
| 36. | | | | | Buy (add'l) | 07/01/16 | O | | |
| 37. | | | | | Sold (part) | 07/01/16 | J | | |
| 38. | | | | | Sold (part) | 07/25/16 | O | | |
| 39. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 40. | | | | | Sold (part) | 08/02/16 | J | | |
| 41. | | | | | Sold | 09/08/16 | K | | |
| 42. -Dreyfus Govt Cash Mgmt Admin Class | A | Dividend | | | Buy | 09/08/16 | K | | |
| 43. | | | | | Sold (part) | 10/03/16 | J | | |
| 44. | | | | | Buy (add'l) | 11/30/16 | K | | |
| 45. | | | | | Sold (part) | 11/29/16 | K | | |
| 46. | | | | | Sold | 11/30/16 | K | | |
| 47. -Amerprise Insured Money Market | A | Int./Div. | K | T | Buy | 12/01/16 | K | | |
| 48. -Broadcom Ltd fka Avago Technologies Limited (common stock) | D | Dividend | | | Sold | 06/27/16 | K | | |
| 49. -Alp Alerian Mlp Etf | A | Dividend | | | Sold | 06/27/16 | J | | |
| 50. -Apple Inc (common stock) | D | Dividend | | | Sold | 06/27/16 | L | | |
| 51. -Alibaba Group Holding Ltd Spons Ads | | None | | | Sold | 06/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Allergan PLC | D | Dividend | | | Buy (add'l) | 01/21/16 | J | | |
| 53. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 54. | | | | | Sold (part) | 05/09/16 | K | | |
| 55. | | | | | Sold | 06/27/16 | K | | |
| 56. -Amsurg Corp | C | Dividend | | | Sold | 06/27/16 | K | | |
| 57. -Claymore Guggenheim China Small Cap Ete | | None | | | Sold | 06/27/16 | J | | |
| 58. -Deutsche X Trackers Harvest CSI 300 China A SHS ETF | | None | | | Sold (part) | 03/01/16 | J | | |
| 59. | | | | | Sold | 06/27/16 | J | | |
| 60. -First Trust Dorsey Wright Focus 5 Etf | A | Dividend | | | Sold | 06/27/16 | J | | |
| 61. -Goodyear Tire & Rubber Company | C | Dividend | | | Sold | 03/28/16 | K | | |
| 62. -Gopro Inc CL A | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 63. | | | | | Sold (part) | 02/17/16 | J | | |
| 64. | | | | | Sold | 06/27/16 | J | | |
| 65. -HCA Holdings Inc | | None | | | Sold | 04/15/16 | J | | |
| 66. -Ishares Russell Mid Cap Growth ETF | D | Dividend | | | Sold | 06/27/16 | K | | |
| 67. -Ishares S&P Small Cap 600 Growth ETF | D | Dividend | | | Sold | 06/27/16 | K | | |
| 68. -Intel Corp | B | Dividend | | | Buy | 01/21/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/27/16 | K | | |
| 70. -JetBlue Airways Corp | | None | | | Sold | 06/27/16 | K | | |
| 71. -Lincoln National Corp IN | A | Dividend | | | Sold (part) | 06/23/16 | J | | |
| 72. | | | | | Sold | 06/27/16 | K | | |
| 73. -Mastercard Inc Class A (common stock) | A | Dividend | | | Sold | 06/27/16 | J | | |
| 74. -Microsoft Corp (common stock) | D | Dividend | | | Sold | 06/27/16 | K | | |
| 75. -Mylan N V Euro | | None | | | Sold | 06/27/16 | K | | |
| 76. -NXP Semiconductors N V | A | Dividend | | | Sold (part) | 02/04/16 | J | | |
| 77. | | | | | Sold | 06/27/16 | J | | |
| 78. -Powershares Dynamic Biotech & Genome Etf (common stock) | | None | | | Sold | 06/27/16 | J | | |
| 79. -Priceline Group Inc (common stock) | A | Dividend | | | Sold | 06/27/16 | J | | |
| 80. -Rydex Guggenheim S&P 500 Equal Weighted Index ETF | A | Dividend | | | Sold | 06/27/16 | K | | |
| 81. -Rydex Guggenheim S&P 500 Equal Weight Health Care Etf | A | Dividend | | | Sold | 06/27/16 | K | | |
| 82. -Silver Wheaton Corp | B | Dividend | | | Sold (part) | 04/20/16 | K | | |
| 83. | | | | | Sold | 06/27/16 | K | | |
| 84. -Tsakos Energy Navigation Ltd | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 85. | | | | | Sold | 06/27/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Toyota Motor Corp Sponsored Adr (common stock) | C | Dividend | | | Sold | 06/27/16 | J | | |
| 87. -3D Systems Corp Del New (common stock) | | None | | | Sold | 02/10/16 | J | | |
| 88. -Valero Energy Corp (common stock) | D | Dividend | | | Sold | 03/11/16 | K | | |
| 89. -Selective Insurance Group Inc. | | None | | | Buy | 02/02/16 | J | | |
| 90. | | | | | Sold | 02/05/16 | K | | |
| 91. -Amtrust Financial Svcs Inc | | None | | | Buy | 02/08/16 | K | | |
| 92. | | | | | Sold | 02/10/16 | K | | |
| 93. -Palo Alto Networks Inc. | | None | | | Buy | 06/03/16 | K | | |
| 94. | | | | | Sold | 06/27/16 | K | | |
| 95. -Amazon.com Inc | | None | | | Buy (add'l) | 07/28/16 | J | | |
| 96. | | | | | Sold | 07/29/16 | J | | |
| 97. Fremont Street | D | Distribution | L | U | | | | | |
| 98. IP Building | D | Distribution | L | U | | | | | |
| 99. Fort Apache Plaza LLC | | None | | | Sold | 07/13/16 | L | | |
| 100. TRUST #2A | | | | | | | | | |
| 101. -Blackrock Muniyield Quality Fund III Inc, -common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 102. -Delta Airlines Inc-common stock | B | Dividend | | | Sold | 02/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Cooper Tire & Rubber Company | | None | | | Sold | 02/12/16 | J | | |
| 104. -Crown Castle Intl Corp -common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 105. -McKesson Corp-common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 106. -Reynolds American Inc. -common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 107. -Valero Energy Corp | | None | | | Sold | 02/12/16 | J | | |
| 108. -Verifone Systems Inc.-common stock | | None | | | Sold | 02/12/16 | J | | |
| 109. -Verizon Communications Inc. -common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 110. -Vertex Pharmaceuticals Inc. | | None | | | Sold | 02/12/16 | J | | |
| 111. -Chubb Ltd fka Ace Ltd-common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 112. -Anheuser Busch Inbev SA/NV--common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 113. -Apple, Inc (common stock) | | None | | | Sold | 02/16/16 | J | | |
| 114. -AutoZone Inc | | None | | | Sold (part) | 01/19/16 | J | | |
| 115. | | | | | Sold | 02/12/16 | J | | |
| 116. -Walt Disney Co-common stock | A | Dividend | | | Sold | 02/12/16 | J | | |
| 117. -Express Scripts Hldg Company | | None | | | Sold | 02/12/16 | J | | |
| 118. -Facebook Inc. CL A | | None | | | Sold | 02/12/16 | J | | |
| 119. -Amerprise Cash | A | Int./Div. | | | Sold | 02/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRUST #2B | | | | | | | | | |
| 121. -AT&T Inc. (common stock) | B | Dividend | J | T | Sold (part) | 04/06/16 | J | | |
| 122. -General Electric Co (common stock) | A | Dividend | K | T | | | | | |
| 123. -Pfizer Inc (common stock) | B | Dividend | K | T | | | | | |
| 124. -Philip Morris Int'l Inc (common stock) | B | Dividend | K | T | | | | | |
| 125. -Royal Dutch Shell PLC Cl B (common stock) | B | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 126. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 127. -Cash-Morgan Stanley | A | Int./Div. | J | T | | | | | |
| 128. -Allstate Corp (preferred stock) | A | Dividend | J | T | | | | | |
| 129. -Citigroup Inc. 5.80% Series C (preferred stock) | A | Dividend | J | T | | | | | |
| 130. -JP Morgan Chase & Co (preferred stock) | A | Dividend | J | T | | | | | |
| 131. -Regions Finl Corp (preferred stock) | A | Dividend | J | T | | | | | |
| 132. -Zions Bancorp (preferred stock) | A | Dividend | J | T | | | | | |
| 133. -JP Morgan Income Builder A (mutual fund) | A | Dividend | | | Sold | 02/03/16 | J | | |
| 134. -Thornburg Inv Inc Builder 1 (mutual fund) | C | Dividend | M | T | | | | | |
| 135. -Chevron Corp (common stock) | A | Dividend | K | T | Buy (add'l) | 08/05/16 | J | | |
| 136. | | | | | Buy (add'l) | 08/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Conocophillips (common stock) | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 138. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 139. -Cisco Sys Inc. (common stock) | A | Dividend | K | T | | | | | |
| 140. -Eli Lilly & Co (common stock) | A | Dividend | J | T | | | | | |
| 141. -Exxon Mobile Corp (common stock) | A | Dividend | K | T | Buy (add'l) | 08/08/16 | J | | |
| 142. -Alphabet Inc. (common stock) formerly known as Google Inc. | B | Dividend | K | T | Sold (part) | 10/17/16 | J | | |
| 143. -Amazon | | None | K | T | | | | | |
| 144. -Johnson & Johnson (common stock) | A | Dividend | K | T | | | | | |
| 145. -Linkedin Corp-A (common stock) | | None | | | Sold | 06/14/16 | J | | |
| 146. -Occidental Petroleum Corp DE (common stock) | A | Dividend | J | T | | | | | |
| 147. -Procter & Gamble (common stock) | A | Dividend | J | T | | | | | |
| 148. -Alerian Mlp Etf (common stock) | B | Int./Div. | K | T | | | | | |
| 149. -James Bal Gldn Rainbow Inst (mutual fund) | C | Int./Div. | M | T | | | | | |
| 150. -Lateef Fund I (mutual fund) | | None | | | Sold | 01/05/16 | L | | |
| 151. -Nuveen Hi Yield Muni Bond I (mutual fund) | C | Int./Div. | L | T | | | | | |
| 152. -Thornburg Global Opprt I (mutual fund) | C | Int./Div. | M | T | | | | | |
| 153. -Adecoagro SA (common stock) | C | Int./Div. | | | Sold (part) | 02/22/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 155. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 156. | | | | | Sold | 06/15/16 | J | | |
| 157. -AES Corp (common stock) | A | Dividend | J | T | | | | | |
| 158. -Aetna Inc (common stock) | A | Dividend | K | T | Buy (add'l) | 04/19/16 | J | | |
| 159. -Ageas Sponsored Adr (common stock) | A | Dividend | | | Buy (add'l) | 04/19/16 | J | | |
| 160. | | | | | Sold | 06/15/16 | J | | |
| 161. -Ally Financial Inc (common stock) | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 162. -Amer Int' Gp Inc (common stock) | A | Dividend | K | T | | | | | |
| 163. -Andersons Inc. | A | Dividend | | | Sold (part) | 04/26/16 | J | | |
| 164. | | | | | Sold (part) | 04/27/16 | J | | |
| 165. | | | | | Sold | 04/28/16 | J | | |
| 166. -Apache Corp (common stock) | A | Dividend | J | T | | | | | |
| 167. -Apple Inc. | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 168. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 169. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 170. -Archer Daniels Midland (common stock) | B | Dividend | | | Sold (part) | 04/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 05/04/16 | J | | |
| 172. -Arkema Spons Adr (common stock) | B | Dividend | | | Buy (add'l) | 02/26/16 | J | | |
| 173. | | | | | Sold (part) | 05/05/16 | J | | |
| 174. | | | | | Sold | 06/28/16 | J | | |
| 175. -Axis Capital Holdings Ltd (common stck) | A | Dividend | K | T | | | | | |
| 176. -Banco Bilbao Viz Arg Sa Ads | | None | | | Buy | 04/22/16 | J | | |
| 177. | | | | | Sold | 06/14/16 | J | | |
| 178. -Baxalta Inc. Com (common stock) | B | Dividend | | | Sold (part) | 02/17/16 | J | | |
| 179. | | | | | Sold | 03/02/16 | J | | |
| 180. -Best Buy Co (common stock) | A | Dividend | | | Sold | 07/20/16 | J | | |
| 181. -BHP Billiton Ltd (common stock) | A | Dividend | | | Sold | 06/14/16 | J | | |
| 182. -BRF Brasil Foods S A Spon Adr (common stock) | A | Dividend | | | Buy (add'l) | 05/12/16 | J | | |
| 183. | | | | | Sold | 06/15/16 | J | | |
| 184. -Bunge Ltd (common stock) | A | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 185. -California Res Corp | A | Dividend | | | Sold | 05/24/16 | J | | |
| 186. -China Mobile Ltd (common stock) | A | Dividend | | | Buy | 05/10/16 | J | | |
| 187. | | | | | Sold | 06/14/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -City Dev Ltd Spon Adr (common stock) | B | Int./Div. | | | Sold | 06/28/16 | J | | |
| 189. -Companhia De Sanemento Basi (common stock) | D | Int./Div. | | | Sold (part) | 04/13/16 | J | | |
| 190. | | | | | Sold (part) | 04/19/16 | J | | |
| 191. | | | | | Sold | 06/28/16 | J | | |
| 192. -CSX Corp (common stock) | A | Dividend | J | T | | | | | |
| 193. -DSW Inc CL A (common stock) | D | Distribution | | | Sold | 12/29/16 | J | | |
| 194. -Freeport-McMoran Inc. (common stock) | A | Dividend | | | Sold | 02/17/16 | J | | |
| 195. -Fresh Del Monte Produce Inc (common stock) | C | Int./Div. | J | T | Sold (part) | 05/05/16 | J | | |
| 196. | | | | | Sold (part) | 05/12/16 | J | | |
| 197. -General Mtrs Co (common stock) | B | Int./Div. | J | T | Buy (add'l) | 02/17/16 | J | | |
| 198. | | | | | Sold (part) | 04/01/16 | J | | |
| 199. -Gilead Science | A | Dividend | J | T | Buy (add'l) | 02/17/16 | J | | |
| 200. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 201. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 202. -General Electric | A | Dividend | K | T | | | | | |
| 203. -Goodyear Tire & Rubber | A | Dividend | J | T | | | | | |
| 204. -Greencore Group Plc Adr (common stock) | A | Dividend | | | Buy (add'l) | 04/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 206. | | | | | Sold | 07/29/16 | J | | |
| 207. -H Lundbeck as Spon Adr Lev 1 (common stock) | B | Distribution | | | Sold (part) | 01/05/16 | J | | |
| 208. | | | | | Sold | 02/17/16 | J | | |
| 209. -Industrias Bachoco S A Dev C.V. (common stock) | A | Int./Div. | | | Buy (add'l) | 02/17/16 | J | | |
| 210. | | | | | Sold | 06/14/16 | J | | |
| 211. -Ingram Micro Inc Cla (common stock) | D | Distribution | | | Sold (part) | 02/18/16 | J | | |
| 212. | | | | | Sold | 02/25/16 | J | | |
| 213. -Interpublic Group of Cos Inc (common stock) | A | Dividend | J | T | Buy (add'l) | 02/17/16 | J | | |
| 214. -Ingredion Inc Com (common stock) | D | Distribution | | | Sold (part) | 05/20/16 | J | | |
| 215. | | | | | Sold | 06/06/16 | J | | |
| 216. -Iss A S Adr (common stock) | B | Int./Div. | | | Sold | 06/14/16 | J | | |
| 217. -Kingfischer Plc Spon Adr (common stock) | A | Int./Div. | | | Sold (part) | 03/30/16 | J | | |
| 218. | | | | | Sold | 06/14/16 | J | | |
| 219. -Koninklijke Phil El Sp Adr New (common stock) | A | Int./Div. | | | Buy (add'l) | 06/15/16 | J | | |
| 220. | | | | | Sold (part) | 06/15/16 | J | | |
| 221. | | | | | Sold (part) | 06/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 07/15/16 | J | | |
| 223. -KT Corp Spon Adr (common stock) | B | Distribution | | | Sold | 07/29/16 | J | | |
| 224. -Micron Tech Inc. | | None | | | Sold | 02/17/16 | J | | |
| 225. -Mitie Group Plc Unspon Adr | A | Int./Div. | | | Buy (add'l) | 04/19/16 | J | | |
| 226. | | | | | Sold | 06/23/16 | J | | |
| 227. -MS&AD Ins Group Hldgs Adr (common stock) | C | Distribution | | | Buy (add'l) | 04/19/16 | J | | |
| 228. | | | | | Sold | 06/15/16 | J | | |
| 229. -Mylan N V (common stock) | | None | J | T | Buy (add'l) | 02/22/16 | J | | |
| 230. -Newcrest Mining Ltd Spons Adr | C | Distribution | | | Buy | 02/17/16 | J | | |
| 231. | | | | | Sold (part) | 05/04/16 | J | | |
| 232. | | | | | Sold | 07/29/16 | J | | |
| 233. -Nippon Telegraph & Telephone Ads (common stock) | B | Int./Div. | J | T | Sold (part) | 02/17/16 | J | | |
| 234. -Novartis Ag Adr (common stock) | A | Int./Div. | J | T | Buy (add'l) | 02/22/16 | J | | |
| 235. -NRG Energy Inc | A | Int./Div. | J | T | Sold (part) | 02/17/16 | J | | |
| 236. -Oracle Corp (common stock) | A | Int./Div. | K | T | Buy (add'l) | 02/17/16 | J | | |
| 237. -Panasonic Corp-Spon Adr | A | Int./Div. | J | T | Buy | 02/24/16 | J | | |
| 238. | | | | | Buy (add'l) | 02/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 240. -Petrobras Argentina S A Spon (common stock) | A | Distribution | | | Sold | 06/14/16 | J | | |
| 241. -PJSC Gazprom Spon Adr | | None | | | Buy | 04/20/16 | J | | |
| 242. | | | | | Sold | 06/14/16 | J | | |
| 243. -Posco Ads (common stock) | B | Distribution | | | Sold | 06/14/16 | J | | |
| 244. -Publics Groupe Sa Adr | A | Int./Div. | | | Buy | 03/02/16 | J | | |
| 245. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 246. | | | | | Sold (part) | 06/14/16 | J | | |
| 247. | | | | | Sold | 06/14/16 | J | | |
| 248. -Roche Holdings Adr (common stock) | A | Int./Div. | J | T | | | | | |
| 249. -Sanofi Adr (common stock) | A | Int./Div. | J | T | | | | | |
| 250. -Silver Standard Resources Inc. | D | Distribution | | | Buy | 04/01/16 | J | | |
| 251. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 252. | | | | | Sold (part) | 04/19/16 | J | | |
| 253. | | | | | Sold (part) | 05/04/16 | J | | |
| 254. | | | | | Sold | 06/28/16 | J | | |
| 255. -Sumitomo Mitsui Tr Hldgs Inc (common stock) | A | Int./Div. | | | Sold | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Tech Data Corp (common stock) | C | Int./Div. | | | Sold (part) | 03/01/16 | J | | |
| 257. | | | | | Sold | 03/07/16 | J | | |
| 258.  -Telenor Asa Ads (common stock) | A | Int./Div. | | | Sold | 06/14/16 | J | | |
| 259.  -Telefonica Sa Adr (common stock) | | None | | | Sold | 02/17/16 | J | | |
| 260.  -Teva Pharmaceutical Adr (common stock) | | None | | | Sold (part) | 02/22/16 | J | | |
| 261. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 262. | | | | | Sold | 06/27/16 | J | | |
| 263.  -Time Inc (common stock) | A | Int./Div. | J | T | Sold (part) | 05/11/16 | J | | |
| 264.  -Turkcell Iletism Hizm as New (common stock) | | None | | | Sold | 06/14/16 | J | | |
| 265.  -Tyson Foods Inc Cl a (common stock) | C | Distribution | J | T | Sold (part) | 02/17/16 | J | | |
| 266. | | | | | Sold (part) | 03/14/16 | J | | |
| 267.  -UBS Group as SHS (common stock) | B | Int./Div. | | | Buy (add'l) | 04/19/16 | J | | |
| 268. | | | | | Sold | 10/17/16 | K | | |
| 269.  -WH Group Ltd (common stock) | B | Int./Div. | K | T | Sold (part) | 04/07/16 | J | | |
| 270.  -YPF Sociedad Ads Rep 1 Cl-D Sh | B | Distribution | | | Sold | 06/21/16 | J | | |
| 271.  -CenturyLink Inc (common stock) | B | Distribution | | | Sold (part) | 02/24/16 | J | | |
| 272. | | | | | Sold | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Morgan Stanley Private Bank | A | Interest | M | T | | | | | |
| 274. -Walgreens Boot Alliance Inc. | A | Int./Div. | K | T | Buy | 08/01/16 | K | | |
| 275. -Verizon Communications | | None | J | T | Buy | 10/28/16 | J | | |
| 276. Golf Link Green Building LLC | C | Distribution | K | U | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 09/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On the 2016 Annual Report filed May 15, 2017, Line 119 Amerprise Cash was inadvertently not listed on the report, which was then sold on February 16, 2016 but is included in this Amended Report.

On the 2016 Annual Report filed May 15, 2017, Line 202 was inadvertently not listed on the report. Enteries have been added to Column C since General Electric Co stock was owned as of December 31, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Scott H. Gan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544